```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> TRAVIS PRICE, ) <br> ) <br> Defendant. ) <br> _____ ) | Mag. 09-0250 DAD <br><br> STIPULATION AND <br> ORDER CONTINUING PRELIMINARY <br> HEARING |

IT IS HEREBY STIPULATED between Plaintiff United States of America, by and through Assistant United States Attorney Todd D. Leras, and Attorney Michael Bigelow, Counsel for Defendant Travis Price, that the preliminary hearing scheduled for January 28, 2010, be continued to February 24, 2010, at 2:00 p.m. Defendant and the government are discussing possible pre-indictment resolution of this matter.  Defense counsel has requested additional discovery which he believes will assist with potential early resolution.  In light of the settlement discussions and the need to obtain and review additional discovery, both parties are requesting additional time for

1

attorney preparation.

The government and defendant agree that the settlement discussions and discovery request/review constitute good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1(d), as well as under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv). This exclusion of time includes the period up to and including February 24, 2010.

Michael Bigelow agrees to this request and has authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on his behalf.

DATED: January 27, 2010       By: /s/ Todd D. Leras
                                  TODD D. LERAS
                                  Assistant U.S. Attorney


DATED: January 27, 2010       By: /s/ Todd D. Leras for
                                  MICHAEL BIGELOW
                                  Attorney for Defendant
                                  TRAVIS PRICE

**IT IS HEREBY ORDERED:**

1. The preliminary hearing set for January 28, 2010, is continued to February 24, 2010, at 2:00 p.m.

2. Based on the stipulations and representations of the parties, the Court finds good cause to extend the time for the preliminary hearing, and time is excluded up to and including February 24, 2010. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare)).

IT IS SO ORDERED.

Date: January 27, 2010.

_____
U.S. MAGISTRATE JUDGE