```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 2:09-mj-00250 DAD |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | CONTINUING PRELIMINARY |
| v. | ) | HEARING |
| | ) | |
| TRAVIS PRICE, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED between Plaintiff United States of America, by and through Assistant United States Attorney Todd D. Leras, and Attorney Michael Bigelow, Counsel for Defendant Travis Price, that the preliminary hearing scheduled for February 24, 2010 before Magistrate Judge Kendall J. Newman, be continued to March 16, 2010, at 2:00 p.m. before Magistrate Judge Dale A. Drozd.

   Defendant and the government have been involved in discussions regarding possible pre-indictment resolution of this matter.  The additional time requested by the parties is necessary for review of discovery.  Both parties believe that

1  this continuance will be the last continuance necessary to
2  determine whether early resolution is possible.  Both parties
3  are therefore requesting additional time for attorney
4  preparation.
5     The government and defendant agree that the settlement
6  discussions and discovery review constitute good cause to extend
7  the time for preliminary hearing under Federal Rule of Criminal
8  Procedure 5.1(d), as well as under the Speedy Trial Act, 18
9  U.S.C. § 3161(h)(7)(B)(iv).  This exclusion of time includes the
10 period up to and including March 16, 2010.
11    Michael Bigelow agrees to this request and has authorized
12 Assistant United States Attorney Todd D. Leras to sign this
13 stipulation on his behalf.

DATED: February 23, 2010        By: /s/ Todd D. Leras
                                    TODD D. LERAS
                                    Assistant U.S. Attorney


DATED: February 23, 2010        By: /s/ Todd D. Leras for
                                    MICHAEL BIGELOW
                                    Attorney for Defendant
                                    TRAVIS PRICE

2

**IT IS HEREBY ORDERED**:

1. The preliminary hearing set for February 24, 2010 before Magistrate Judge Kendall J. Newman, is continued to March 16, 2010, at 2:00 p.m. before Magistrate Judge Dale A. Drozd.

2. Based on the stipulations and representations of the parties, the Court finds good cause to extend the time for the preliminary hearing, and time is excluded up to and including March 16, 2010. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare).

IT IS SO ORDERED.

Date: February 23, 2010        /s/ Kendall J. Newman
                               HONORABLE KENDALL J. NEWMAN
                               UNITED STATES MAGISTRATE JUDGE