```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918
```

FILED

MAR 16 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TRAVIS PRICE, <br><br> Defendant. | Mag. 09-0250 DAD <br><br> STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING PRELIMINARY HEARING |

    IT IS HEREBY STIPULATED between Plaintiff United States of America, by and through Assistant United States Attorney Todd D. Leras, and Attorney Michael Bigelow, Counsel for Defendant Travis Price, that the preliminary hearing scheduled for March 16, 2010, be continued to April 22, 2010, at 2:00 p.m., before Magistrate Judge Gregory G. Hollows. Defendant and the government have been discussing possible pre-indictment resolution of this matter. Defense counsel believes that additional investigation based on previously provided supplemental discovery may assist in early resolution discussions. In light of the settlement discussions and the need to conduct the additional investigation, both

1

parties are requesting additional time for attorney preparation.

The government and defendant agree that the combination of settlement discussions and additional investigation constitute good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1(d), as well as under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv). This exclusion of time includes the period up to and including April 22, 2010.

Michael Bigelow agrees to this request and has authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on his behalf.

DATED: March 15, 2010          By: /s/ Todd D. Leras
                                   TODD D. LERAS
                                   Assistant U.S. Attorney

DATED: March 15, 2010          By: /s/ Todd D. Leras for
                                   MICHAEL BIGELOW
                                   Attorney for Defendant
                                   TRAVIS PRICE

1 **IT IS HEREBY ORDERED:**

2     1.   The preliminary hearing set for March 16, 2010, is continued to April 22, 2010, at 2:00 p.m., before Magistrate Judge Gregory G. Hollows.

5     2.   Based on the stipulations and representations of the parties, the Court finds good cause to extend the time for the preliminary hearing, and time is excluded up to and including April 22, 2010. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare)).

10     IT IS SO ORDERED.

13 Date: March *16*, 2010          *Dale A. Drozd*
                                   HONORABLE DALE A. DROZD
                                   UNITED STATES MAGISTRATE JUDGE