ALEXIS WILSON BRIGGS, SBN #251688
Attorney at Law
3104 O Street, Suite 389
Sacramento, CA 95816
(415) 646-5915
Fax (866) 631-9159
Alexis@NorCalDefense.com

Attorney for Defendant
TRAVIS PRICE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>TRAVIS PRICE,<br><br>       Defendant | Case No.: CR.S-10-00157 FCD<br><br>STIPULATION AND ORDER |

## STIPULATION

This matter is currently scheduled for a Trial Confirmation Hearing on September 27, 2010, at 10:00 a.m. and for Trial on October 13, 2010, at 9:00 a.m.; both matters to be heard in the courtroom of the Honorable Frank C. Damrell. I have contacted for the United States, AUSA Todd Leras, and we have agreed, subject to the court's approval, to vacate the TCH and Trial date and to set this matter for a Status Conference on November 1, 2010, at 10:00 a.m.

Defense counsel was recently appointed and, after reviewing discovery, meeting with defendant Price and AUSA Leras, has determined that this matter may be resolved. Counsel requests additional time to continue discussing possible resolution of this matter. All parties hereby agree and stipulate to vacate the current TCH that was set for September 27, 2010, and Trial that was set for October 13, 2010. All parties further agree and stipulate to set this matter for a Status Conference on November 1,

2010, at 10:00 a.m. in the courtroom of Honorable Frank C. Damrell. They further stipulate to the exclusion of time through that date pursuant to Local Code T-4, as the above continuance is necessary for preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

DATED:  9/21/2010               /s/Alexis Wilson Briggs
                               ALEXIS WILSON BRIGGS
                               Attorney for the Defendant
                               Travis Price

DATED:  9/21/2010               /s/ Todd Leras
                               TODD LERAS
                               Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, and by stipulation of all counsel, the Trial Confirmation Hearing that was set for September 27, 2010, and Trial that was set for October 13, 2010, are hereby vacated. Further, that this matter be set for Status Conference on November 1, 2010, at 10:00 a.m. in the courtroom of the Honorable Frank C. Damrell. Time is excluded through that date pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4 for preparation of counsel.

Dated:  September 22, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE