1 | BENJAMIN B. WAGNER
United States Attorney
2 | TODD D. LERAS
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | Telephone: (916) 554-2918

5

6

7

8        IN THE UNITED STATES DISTRICT COURT FOR THE

9           EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,   )
                ) CASE NO. 2:10-0157 FCD
12 |        Plaintiff,     )
                ) STIPULATION AND ORDER
13 |                 ) CONTINUING STATUS
    v.            ) CONFERENCE
14 |                 )
TRAVIS PRICE,       )
15 |                 )
       Defendant.    )
16 | _____ )

17

18     IT IS HEREBY STIPULATED by and between Plaintiff United

19 States of America and Attorney Alexis Briggs, Counsel for

20 Defendant Travis Price, that the status conference scheduled for

21 November 1, 2010, be continued to December 13, 2010.   The

22 request to continue the status conference is made on the ground

23 that the parties are discussing potential resolution of this

24 matter.   Alexis Briggs recently replaced Mr. Price's original

25 counsel in this case.   The government has agreed to provide her

26 with additional information to facilitate resolution discussions.

27 The defense needs the time to review the information and discuss

28 a potential plea agreement with Mr. Price.   Both parties agree

1

1 that an exclusion of time is appropriate under 18 U.S.C.

2 § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare).

3     Alexis Briggs agrees to this request and has authorized

4 Assistant United States Attorney Todd D. Leras to sign this

5 stipulation on her behalf.

6

7 DATED: October 28, 2010          By: /s/ Todd D. Leras
                                       TODD D. LERAS
8                                      Assistant U.S. Attorney

9

10 DATED: October 28, 2010          By: /s/ Todd D. Leras for
                                        ALEXIS WILSON BRIGGS
11                                      Attorney for Defendant
                                        TRAVIS PRICE
12

13

14     **IT IS HEREBY ORDERED**:

15     1.   The status conference set for November 1, 2010, is

16 continued to December 13, 2010, at 10:00 a.m.

17     2.   Based on the stipulations and representations of the

18 parties, the Court finds that the ends of justice outweigh the

19 best interest of the public and Defendant in a speedy trial.

20 Accordingly, time under the Speedy Trial Act shall be excluded

21 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable

22 time to prepare) up to and including December 13, 2010.

23     IT IS SO ORDERED.

24

25 Dated: October 28, 2010

26                          FRANK C. DAMRELL, JR.
                            UNITED STATES DISTRICT JUDGE
27

28