```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8          IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )   2:10-CR-00157-FCD
                                )
12          Plaintiff,          )   PRELIMINARY ORDER OF
                                )   FORFEITURE
13      v.                      )
                                )
14  TRAVIS PRICE,               )
                                )
15          Defendant.          )
    _____)
16
17       Based upon the plea agreement entered into between plaintiff
18  United States of America and defendant Travis Price it is hereby
19  ORDERED, ADJUDGED AND DECREED as follows:
20       1.  Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. §
21  2461(c), defendant Travis Price's interest in the following
22  property shall be condemned and forfeited to the United States of
23  America, to be disposed of according to law:
24          (a)  An FEG, Model PA63, 9mm pistol, Serial Number
                 G13465;
25
            (b)  A Hi-Point, Model C9, 9mm pistol, Serial Number
26               P1411060;
27          (c)  A Hi-Point, Model C9, 9mm pistol, Serial Number
                 P1435141;
28
                                 1
```

        (d)    A Jimenez Arms, Model JA380, .380 caliber pistol, Serial Number 094054;

        (e)    A Hi-Point, Model C9, 9mm pistol, Serial Number P1444833;

        (f)    A Jimenez Arms, Model JA380, .380 caliber pistol, Serial Number 084932;

        (g)    A Hi-Point, Model C9, 9mm pistol, Serial Number P1436344;

        (h)    A Jimenez Arms, Model JA380, .380 caliber pistol, Serial Number 093857; and

        (i)    A Jimenez Arms, Model JA, 9mm pistol, Serial Number 096070;

2. The above-listed property constitutes firearms involved in or used in a knowing violation of 18 U.S.C. § 922(g).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Bureau of Alcohol, Tobacco, Firearms and Explosives, in its secure custody and control.

4.   a.   Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

2

1        b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

    SO ORDERED this <u>25th</u> day of <u>February</u>, 2011.

                                          _____
                                          UNITED STATES DISTRICT JUDGE

3