ALEXIS WILSON BRIGGS, SBN #251688
Attorney at Law
3104 O Street, Suite 389
Sacramento, CA 95816
(415) 646-5915
Fax (866) 631-9159
Alexis@NorCalDefense.com

Attorney for Defendant
TRAVIS PRICE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10-cr-00157 KJM |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER |
| TRAVIS PRICE, | |
| Defendant | |

STIPULATION

This matter is currently scheduled for Sentencing on March 17, 2011, at 10:00 a.m., to be heard in the courtroom of the Honorable Kimberly J. Mueller. I have contacted counsel for the United States, AUSA Todd Leras as well as Probation Officer Lori Clanton, and we have agreed, subject to the court's approval, to continue the Sentencing to April 21, 2011, at 10:00 a.m.

Defense counsel, counsel for the United States, and Probation Officer Clanton have determined that this matter requires further discussions and research from all parties in order to provide the court with an accurate Pre Sentence Report and Sentencing Memorandums. Defense Counsel requests that any revised PSR be filed by March 28, 2011, and that Sentencing Memorandums be filed by April 7, 2011.

All parties further agree and stipulate to set this matter for Sentencing on April 21, 2011 in the courtroom of Honorable Kimberly J. Mueller

DATED: 3/4/2011                                /s/Alexis Wilson Briggs
                                               ALEXIS WILSON BRIGGS
                                               Attorney for the Defendant
                                               Travis Price


DATED: 3/4/2011                                /s/ Todd Leras
                                               TODD LERAS
                                               Assistant U.S. Attorney


## ORDER

GOOD CAUSE APPEARING, and by stipulation of all counsel, the sentencing hearing set for March 17, 2011 is VACATED and RESET for April 21, 2011, at 10:00 a.m. in courtroom #3 before the Honorable Kimberly J. Mueller.  Revised PSR, if any, shall be filed by March 28, 2011 and sentencing memorandums, if any, shall be filed by April 7, 2011.

Dated:   March 15, 2011.

_____
UNITED STATES DISTRICT JUDGE