1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-00157-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | FINAL ORDER OF FORFEITURE |
| v. | ) | |
| | ) | |
| TRAVIS PRICE, | ) | |
| | ) | |
| Defendant. | ) | |

WHEREAS, on or about February 28, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) based upon the plea agreement entered into between plaintiff and defendant Travis Price forfeiting to the United States the following property:

       (a)  An FEG, Model PA63, 9mm pistol, Serial Number G13465;

       (b)  A Hi-Point, Model C9, 9mm pistol, Serial Number P1411060;

       (c)  A Hi-Point, Model C9, 9mm pistol, Serial Number P1435141;

       (d)  A Jimenez Arms, Model JA380, .380 caliber pistol, Serial Number 094054;

       (e)  A Hi-Point, Model C9, 9mm pistol, Serial Number P1444833;

|   |   |   |
|---|---|---|
| (f) | A Jimenez Arms, Model JA380, .380 caliber pistol, Serial Number 084932; |
| (g) | A Hi-Point, Model C9, 9mm pistol, Serial Number P1436344; |
| (h) | A Jimenez Arms, Model JA380, .380 caliber pistol, Serial Number 093857; and |
| (i) | A Jimenez Arms, Model JA, 9mm pistol, Serial Number 096070; |

AND WHEREAS, beginning on March 4, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the United States sent direct written notice or attempted direct written notice by certified mail to: Bradley Joel Palmer, Russell Alexander Buchanan, Emmanuel Cisneros, Daniel Lawrence McCoy, Antoine Smith, Mario Piste, Jerry Jones, Sanae Quiroz-Jones, Adriana Chavez, and Prince Alexander Jones;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Travis Price.

   2.  All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

   3.  The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

   IT IS SO ORDERED.

Dated: July 19, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE